UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>James Lescinsky,<br><br>　　Defendant | 2:16-cr-00153-JAD-CWH<br><br>**Order Granting in Part and Denying in Part Motion for Judgment of Acquittal**<br><br>and<br><br>**FRCrP 23(c) findings after nonjury criminal trial** |

Based on the findings and conclusions that I articulated in detail on the record today, IT IS HEREBY ORDERED that:

- Defendant James Lescinsky's Motion for Judgment of Acquittal (FRCrP 29(a)), verbally made at the close of the government's case, is GRANTED IN PART AND DENIED IN PART: it is granted for Count 3 (Tampering with a Witness) and denied for all other counts. The Clerk of Court is directed to ENTER A JUDGMENT OF ACQUITTAL on Count 3.
- As to Count 1 (Deprivation of Rights under Color of Law), the Court finds the defendant NOT GUILTY.
- As to Count 2 (Deprivation of Rights under Color of Law), the Court finds the defendant NOT GUILTY.
- As to Count 4 (Falsification of a Document), the Court finds the defendant NOT GUILTY.
- As to Count 5 (Falsification of a Document), the Court finds the defendant NOT GUILTY.
- The Clerk of Court is directed to ENTER A JUDGMENT OF ACQUITTAL on Counts 1, 2, 4, and 5.

Dated this 12th day of August, 2016

_____
Jennifer A. Dorsey
United States District Judge