AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA

UNITED STATES OF AMERICA

V.

JAMES LESCINSKY

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   2:16-CR-153-JAD-CWH

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

JENNIFER A. DORSEY, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

August 12, 2016
Date