VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
ADAM D. HARRIS
DANA MULHAUSER
Trial Attorneys
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-305-0007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **2:16-CR-153-JAD-CWH** ) |
| JAMES LESCINSKY, | ) **CONSENT MOTION TO REPLACE** ) **EXHIBIT WITH PHOTO OF EXHIBIT** |
| Defendant. | ) ) ) |

  The United States, with the consent of defense counsel, respectfully moves the Court to allow the United States to replace the baton entered into evidence in this matter with a photograph of the baton. The parties further move that, once the photograph is added to the record, the Court release the baton to Special Agent Amber Leszczynski. Agent Leszczynski will photograph and take possession of the baton at the Court's convenience.

  DATED this 13th day of October, 2016.

1
2   Respectfully submitted,
3   VANITA GUPTA
    Principal Deputy Assistant Attorney General
4   Civil Rights Division
5
    /s/ Adam D. Harris
6   ADAM D. HARRIS
    DANA MULHAUSER
7   Trial Attorneys
    601 D Street NW, 5th Floor
8   Washington, D.C. 20530
    202-305-0007
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## CERTIFICATE OF SERVICE

I, Adam D. Harris, Trial Attorney for the U.S. Department of Justice, Civil Rights Division, hereby certify that I electronically filed the foregoing Consent Motion to Replace Exhibit with Photo of Exhibit and proposed Order with the Clerk of the Court using the ECF system which sent notification of such filing to:

>Jack D. Campbell
>Counsel for Defendant James Lescinsky

This the 13th day of October, 2016.

>By: */s/ Adam D. Harris*
>Adam D. Harris
>Trial Attorney
>U.S. Department of Justice
>Civil Rights Division
>601 D Street, NW
>Washington, DC 20530
>(202) 616-5337
>Adam.Harris@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **2:16-CR-153-JAD-CWH** |
| JAMES LESCINSKY, | ) | **ORDER** |
| Defendant. | ) | |

## ORDER

Based on the Consent Motion to Replace Exhibit with Photo of Exhibit of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that the United States shall replace the baton entered into evidence in this matter with a photograph of the baton; and it is further

**ORDERED**, that once the photograph is added to the record, Special Agent Amber Leszczynski shall take possession of the baton.

DATED this 14th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE