✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

UNITED STATES OF AMERICA,          )
                                   )        2:16-CR-153-JAD-CWH
            Plaintiff(s),           )
                                   )
vs.                                )
                                   )
JAMES LESCINSKY,                   )
                                   )
            Defendant(s).           )

**ORDER FOR RELEASE OF EXHIBITS**

On November 14, 2016, District Judge Jennifer A. Dorsey Granted Plaintiff's Consent Motion to Replace Exhibit with Photo #44.

The Clerk's Office is directed to replace the baton entered into evidence with a photograph and transfer the custody of the baton to the United States.

LANCE S. WILSON, CLERK

By:_____/s/_____

Danielle Cacciabaudo,
Courtroom Administrator

Plaintiff's Exhibits received by: _Amber J. Leszczynski_____

**PLEASE PRINT NAME:** _Amber J. Leszczynski_ Date: 11/15/2016